```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 16550
   ALFREDIA LITTLE
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0591


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/14/2006 and was confirmed 04/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was completed - no discharge 10/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             520.00         .00         520.00
MONTEREY FINANCIAL         SECURED             300.00       17.43         300.00
MONTEREY FINANCIAL         UNSECURED           524.20         .00         524.20
NATIONAL CITY MORTGAGE     CURRENT MORTG          .00         .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE          .00         .00            .00
CITIBANK USA               UNSECURED       NOT FILED          .00            .00
THE HOME DEPOT             UNSECURED       NOT FILED          .00            .00
PEOPLES GAS & LIGHT        UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY            624.48         .00         624.48
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,343.00                   2,343.00
TOM VAUGHN                 TRUSTEE                                        318.32
DEBTOR REFUND              REFUND                                         233.11

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE          4,880.54

PRIORITY                                  624.48
SECURED                                   820.00
    INTEREST                               17.43
UNSECURED                                 524.20
ADMINISTRATIVE                          2,343.00
TRUSTEE COMPENSATION                      318.32
DEBTOR REFUND                             233.11
                 -----------          -----------
TOTALS           4,880.54               4,880.54



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 16550 ALFREDIA LITTLE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/03/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 16550 ALFREDIA LITTLE